# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12444

_____

STATE OF ALABAMA,
STATE OF FLORIDA,
STATE OF GEORGIA,
STATE OF SOUTH CAROLINA,
INDEPENDENT WOMEN'S NETWORK, et al.,

                                          Plaintiffs-Appellants,

*versus*

U.S. SECRETARY OF EDUCATION,
U.S. DEPARTMENT OF EDUCATION,

                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:24-cv-00533-ACA

_____

ORDER:

Plaintiffs-Appellants' motion for an administrative injunction is GRANTED. *See Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1099 (11th Cir. 2004). The Department is enjoined from enforcing the final rule adopted on April 29, 2024, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 89 FR 33474-01, pending further order of this Court.

The Court sua sponte sets the following schedule:

(1) Appellants' motion for injunction pending appeal is due no later than Friday, August 2, 2024, at 5:00 PM ET.
(2) The Department's response is due no later than Monday, August 5, 2024, at 5:00 PM ET.
(3) Appellants' reply, should they choose to file one, is due no later than Wednesday, August 7, 2024, at 5:00 PM ET.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit
ENTERED FOR THE COURT - BY DIRECTION