# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

STATE OF ALABAMA, et al.,

      Plaintiffs-Appellants,

    v.

U.S. SECRETARY OF EDUCATION, et al.,

      Defendants-Appellees.

No. 24-12444

## NOTICE OF COMPLIANCE

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellants certify that the following have an interest in the outcome of this appeal:

Alabama, State of

Attorney General's Office of South Carolina

Axon, Annemarie Carney

Bachus Brom & Taylor LLC

Binnall Law Group

Binnall, Jesse

Boynton, Brian

Brown, Lisa

California, State of

Cardona, Miguel

Consovoy McCarthy PLLC

Citizens Defending Freedom

Florida, State of

Flynn, Shawn M.

Georgia Department of Law

Georgia, State of

Goldfard, Jon C.

Independent Women's Law Center

Independent Women's Network

Kopplin, Rebecca

LaCour, Edmund Gerard

Marcus, Stephanie R.

Marshall, Steve

McKasson, Lindsay R.

Miller, Edward A R

Myers, Steven A.

New Jersey, State of

Norris, Cameron Thomas

North, Benjamin F.

Office of the Attorney General of Alabama

Office of the Attorney General of Florida

Parents Defending Education

Patterson, Melissa N.

Pennsylvania, State of

Percival II, James H.

Peters, David L.

Petrany, Stephen J.

South Carolina, State of

Spate, Joseph D.

Speech First, Inc.

Starcher, Jack

Stop Abusive and Violent Environments

Taylor, Bryan McDaniel

The Miller Firm

U.S. Department of Education

Vaseliou, Thomas S.

Wiggins Child Pantazis Fisher & Goldfarb

# NOTICE OF COMPLIANCE

Last night, plaintiffs filed an emergency motion asking this Court to administratively enjoin the Rule at issue in this appeal. *See* Dkt. 6. Plaintiffs' motion requested that the Court "grant an administrative injunction barring Defendants from enforcing the rule in the plaintiff States," *id.* at 14—that is, in the States of Florida, Georgia, Alabama, and South Carolina. *See also id.* at 2-3 (asking this Court to "temporarily bar[] Defendants from enforcing the challenged rule in Alabama, Georgia, Florida, and South Carolina until this Court resolves Plaintiffs' forthcoming motion for an injunction pending appeal"). Plaintiffs' motion in district court requesting injunctive relief pending appeal sought the same geographically limited relief. *See* D. Ct. Dkt. 63-1 (proposed order).

Earlier this afternoon, this Court entered an order providing that plaintiffs' motion is "GRANTED" and indicating that "[t]he Department is enjoined from enforcing the final rule … pending further order of this Court." Defendants do not understand the Court to have granted additional relief beyond that requested by plaintiffs, and therefore understand the administrative injunction to apply only within the plaintiff states of Alabama, Florida, Georgia, and South Carolina. Defendants will comply with the injunction accordingly.

Respectfully submitted,

*Of Counsel:*

LISA BROWN
    *General Counsel*
    *U.S. Department of Education*

BRIAN M. BOYNTON
    *Principal Deputy Assistant Attorney*
    *General*

MELISSA N. PATTERSON
JACK E. STARCHER
DAVID L. PETERS
*/s/ Steven A. Myers*
STEVEN A. MYERS
    *Attorneys, Appellate Staff*
    *Civil Division, Room 7232*
    *U.S. Department of Justice*
    *950 Pennsylvania Avenue NW*
    *Washington, DC 20530*
    *(202) 305-8648*

July 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the foregoing with

the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit

by using the appellate CM/ECF system.  Participants in the case are registered

CM/ECF users, and service will be accomplished by the appellate CM/ECF system.


*/s/ Steven A. Myers*
Steven A. Myers