In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 24-12444

————————————

STATE OF ALABAMA,
STATE OF FLORIDA,
STATE OF GEORGIA,
STATE OF SOUTH CAROLINA,
INDEPENDENT WOMEN'S NETWORK, et al.,

                                        Plaintiffs-Appellants,


*versus*


U.S. SECRETARY OF EDUCATION,
U.S. DEPARTMENT OF EDUCATION,

                                        Defendants-Appellees.

—————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:24-cv-00533-ACA

—————————————

ORDER:

The motion of Alaska, Arkansas, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, New Hampshire, North Dakota, Ohio, Oklahoma, South Dakota, Tennessee, Texas, Utah, Virginia, West Virginia, and Wyoming for leave to file their amicus brief in support of Appellants' motion for an injunction pending appeal is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION