# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12444

_____

STATE OF ALABAMA,
STATE OF FLORIDA,
STATE OF GEORGIA,
STATE OF SOUTH CAROLINA,
INDEPENDENT WOMEN'S NETWORK, et al.,

                                    Plaintiffs-Appellants,

*versus*

U.S. SECRETARY OF EDUCATION,
U.S. DEPARTMENT OF EDUCATION,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:24-cv-00533-ACA

_____

ORDER:

Appellants' unopposed motion to extend the time to file their principal brief to September 19, 2024, is GRANTED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE