# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing<br><br>Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | HEARING LOCATION<br><br>Courtroom 338<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### MONDAY, DECEMBER 16, 2024

| | |
|---|---|
| 22-13019 | United States v. Sharon Keegan, Appellant |
| 23-13537 | United States v. Charles Adams, et al., Appellants |
| 23-13217 | Lester Smith, Appellant v. D/W/S Dewberry, et al. |
| 23-10678 | Brian Albert, Appellant v. Association of Certified Anti-Money Laundering Specialists, LLC |

### TUESDAY, DECEMBER 17, 2024

| | |
|---|---|
| 23-13501 | Florida Preborn Rescue, Inc., et al., Appellants v. City of Clearwater, Florida |
| 23-13665 | Crimson Oak Grove Resources, LLC, Petitioner v. Federal Mine Safety and Health Review Commission, et al. |
| 23-12527 | Mark Weissman, et al., Appellants v. Michael Cheokas |
| 23-13134 | Payam Katebian, et al., Appellants v. Tamara Ogler, et al. |

### WEDNESDAY, DECEMBER 18, 2024

| | |
|---|---|
| 24-12444 | State of Alabama, et al., Appellants v. U.S. Secretary of Education, et al. |
| 22-12120 | Wendall Hall, Appellant v. Secretary, Florida Department of Children and Family Services |
| 23-10105 | Isaac Lopez -Martinez, Petitioner v. U.S. Attorney General (Consolidated with 23-12058, Martha Martinez-Lara, Petitioner v. U.S. Attorney General) |
| 23-10645 | Shane Villarino, et al., Appellants v. Pacesetter Personnel Service, Inc., et al. |

### THURSDAY, DECEMBER 19, 2024

| | |
|---|---|
| 23-13670 | Robert Smith, Appellant v. Jay Odom, et al. |
| 22-12848 | Jeremias Medrado Pasquai-Andres, Petitioner v. U.S. Attorney General |
| 23-12878 | Lesley Williams, Appellant v. Board of Regents of the University System of Georgia, et al. |
| 23-13195 | Sterling BV, Inc., Appellant/Cross Appellee v. Cadillac Products Packaging Company, Appellee/Cross Appellant |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
10/10/24 - #6