No. 24-12444-G

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF ALABAMA, et al.,

*Plaintiffs-Appellants*,

v.

U.S. SECRETARY OF EDUCATION, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Northern District of Alabama, No. 7:24-cv-533 (Axon, J.)

## PLAINTIFF-APPELLANT'S NOTICE OF NAME CHANGE

Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff-Appellant*
*Defending Education*

# NOTICE

Parents Defending Education writes to notify the Court that it has changed its name to "Defending Education." The association's structure, membership, and interest in this lawsuit remain unchanged.

Respectfully submitted,

Dated: April 11, 2025

*/s/ Cameron T. Norris*
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff-Appellant
Defending Education*

## CERTIFICATE OF SERVICE

I e-filed this notice with the Court, which will email everyone requiring service.

Dated: April 11, 2025	<u>/s/ *Cameron T. Norris*</u>