In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12444

_____

STATE OF ALABAMA,

STATE OF FLORIDA,

STATE OF GEORGIA,

STATE OF SOUTH CAROLINA,

INDEPENDENT WOMEN'S NETWORK, et al.,

Plaintiffs-Appellants,

*versus*

U.S. SECRETARY OF EDUCATION,

U.S. DEPARTMENT OF EDUCATION,

Defendants-Appellees.

_____

2                          Order of the Court                    24-12444

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:24-cv-00533-ACA

_____

ORDER:

The parties should submit briefing, not exceeding fifteen pages, on or before August 25, 2025, addressing the following issue: Is the plaintiffs' appeal of the denial of their motion for a preliminary injunction moot in light of the Eastern District of Kentucky's final judgment vacating the 2024 Title IX regulations? *See Tennessee v. Cardona*, 762 F. Supp. 3d 615 (E.D. Ky. 2025).

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION