# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12444

_____

STATE OF ALABAMA,
STATE OF FLORIDA,
STATE OF GEORGIA,
STATE OF SOUTH CAROLINA,
INDEPENDENT WOMEN'S NETWORK, et al.,

*Plaintiffs-Appellants,*

*versus*

U.S. SECRETARY OF EDUCATION,
U.S. DEPARTMENT OF EDUCATION,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:24-cv-00533-ACA

_____

Before NEWSOM, GRANT, and ABUDU, Circuit Judges.

BY THE COURT:

Appellants' motion to dismiss this appeal as moot and vacate the district court's order denying a preliminary injunction is GRANTED. This appeal is DISMISSED AS MOOT and the district court's order denying a preliminary injunction is VACATED.